

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2021
```

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

November 16, 2021

*Via ECF*
Hon. Katherine H. Parker, United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
11/17/2021

Re: *Jenelle Mapp v. Trans Union LLC and Experian Information Solutions, Inc.*
Docket No: 1:21-cv-06253-ALC-KHP
Joint Status Report & Notice of Settlement

Dear Judge Parker:

    This letter filed via ECF with the joint consent of all parties. Plaintiff and Trans Union LLC have successfully reached an agreement in principal and a settlement agreement is being finalized. Parties will submit a Stipulation of Voluntary Dismissal with prejudice upon the completion of the agreement. The parties respectfully request that the Court stay all deadlines and conferences in this case as Plaintiff has reached settlement with all parties. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is fully complete.

                                                  Respectfully submitted,

*/s/Alain Cesar*
Alain Cesar, Esq.
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600 ex 1270
Email: acesar@sanderslaw.group
*Attorneys for Plaintiff*

*/s/Kari A. Morgan*
Kari A. Morgan, Esq.
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: (317) 363-2400, Ext. 113
E-mail: kmorgan@schuckitlaw.com
*Attorneys for Defendant Trans Union LLC*